# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRIDGE FINANCIAL, INC., ADAM PALAS, ALEXANDER PALAS** and **SERGIO NATIVI,**

Appellants,

v.

**J. FISCHER & ASSOCIATES, INC.,**

Appellees.

No. 4D22-2893

[August 24, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 502009CA008358XXXX.

Kevin F. Richardson of Clyatt & Robinson, West Palm Beach, for appellants.

Michael J. Napoleone and Tori Whalen of Day Pitney, LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***